UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUARDIAN NEWS & MEDIA LIMITED,  )
c/o Law Office of Jeffrey L. Light        )
1712 Eye St., NW, Suite 915                )  Judge _____
Washington, DC 20006,                      )  Civil Action No. _____
                                           )
           PLAINTIFF                       )
      vs.                                  )
                                           )
DEPARTMENT OF JUSTICE,                     )
950 Pennsylvania Ave., NW                  )
Washington, DC 20530,                      )
                                           )
                                           )
           DEFENDANT                       )
                                           )

## COMPLAINT

## THE PARTIES

1.      Plaintiff Guardian News & Media Limited publishes theguardian.com, one of the largest English-speaking quality newspaper websites in the world, and *The Guardian* newspaper.

2.      Plaintiff seeks access to certain public records to write popular news articles for distribution to the general public.

3.      Defendant Department of Justice (DOJ) is an agency of the United States.

4.      The Federal Bureau of Investigation (FBI) is a component of Defendant DOJ.

5.      The FBI has possession, custody and control of the records Plaintiff seeks.

## JURISDICTION AND VENUE

6.      This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

7.      This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

8.      Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## STATEMENT OF FACTS

### BACKGROUND

9.      The Keystone XL Pipeline Project was a proposed 1,179-mile crude oil pipeline that would have connected the Canadian Tar Sands region with Steel City, Nebraska. The Pipeline Project was highly controversial and opposed by environmental activists. Those activists waged a campaign of civil disobedience against the construction of the pipeline and were the target of an FBI investigation in 2012-2013. In November 2015 President Obama denied the required presidential permit for the pipeline.

### PLAINTIFF'S FOIA REQUESTS

10.      On July 7, 2015, Plaintiff, by and through its employee Paul Lewis, submitted a FOIA request to the FBI for records pertaining to an enumerated list of individuals, organizations, websites, addresses, files, and other matters associated with protests of the Keystone XL Pipeline.

11.      In response to the FOIA request described in the previous paragraph, the FBI assigned tracking numbers to each of the subparts of the request. With one exception, the FBI has now administratively closed all parts of Plaintiff's July 7, 2015 request. The exception is 1333387-000, which the FBI assigned as the tracking number to the portion of Plaintiff's request

for records on the organization Deep Green Resistance. At the time of filing of this Complaint,

the FBI is still searching for and/or processing records relating to Deep Green Resistance.

12.     On August 12, 2016, Plaintiff, by and through undersigned counsel, submitted via

email 18 new FOIA requests to the FBI for records pertaining to individuals, organizations,

websites, addresses, files, and other matters associated with protests of the Keystone XL

Pipeline. The new FOIA requests overlapped with the previous July 7, 2015 request, but with

significant differences. The new FOIA requests omitted certain subjects, added other subjects,

and contained additional information to assist the FBI in locating responsive records. A cover

letter attached to the new requests sought a waiver of fees.

13.     In a letter dated September 1, 2016, the FBI assigned the 18 new FOIA requests

the tracking number 1356949-000.

14.     At the time of filing of this Complaint, Plaintiff has not received a determination

from the FBI as to whether or not it will release records responsive to the 18 FOIA requests filed

by Plaintiff on August 12, 2016.

15.     At the time of filing of this Complaint, Plaintiff has not received a determination

from the FBI as to whether or not it will comply with the request for a waiver of fees associated

with Plaintiff's August 12, 2016 requests.

16.     More than 20 business days have elapsed since August 12, 2016.

## COUNT I:
## VIOLATION OF FOIA

17.     This Count realleges and incorporates by reference all of the preceding

paragraphs. All documents referenced in this Complaint are incorporated by reference as if set

forth fully herein.

18.     The FBI has improperly withheld records responsive to FOIA request tracking number 1333387-000 pertaining to the organization Deep Green Resistance.

19.     The FBI has improperly withheld records responsive to Plaintiff's August 12, 2016 FOIA requests.

20.     The FBI has improperly failed to grant or even rule on Plaintiff's request for a fee waiver associated with its August 12, 2016 FOIA requests.


PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare Defendant's failure to comply with FOIA to be unlawful;

(2) Order the FBI to disclose the records being wrongfully withheld;

(3) Declare that Plaintiff is entitled to a waiver of duplication fees;

(4) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i);

(5) Grant Plaintiff such other and further relief which the Court deems proper.


Respectfully Submitted,

__/s/ Jeffrey Light_____
    Jeffrey L. Light
    D.C. Bar #485360
    1712 Eye St., NW
    Suite 915
    Washington, DC 20006
    (202)277-6213
    Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*