IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUARDIAN NEWS & MEDIA LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Case No. 1:16-cv-1869-JMC |

**JOINT STATUS REPORT**

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit the following status report in response to the Court's April 4, 2022 minute order.

The parties continue to engage in productive settlement negotiations that have the potential to significantly narrow or resolve entirely the current dispute. As noted in the parties' last report, *see* ECF No. 62, the Federal Bureau of Investigation ("FBI") recently re-processed records in response to certain of Plaintiff's FOIA requests and made a supplemental production to Plaintiff. The parties continue to engage in discussions about the FBI's most recent production and negotiations about narrowing or resolving other issues that remain in dispute. The parties respectfully submit that additional time would be beneficial for the parties to continue these negotiations. The parties propose to file an additional status report to address these issues in approximately 30 days, on or before July 6, 2022.

Dated: June 3, 2022                                            Respectfully submitted,

*/s/ Jeffrey L. Light*                                              BRIAN M. BOYNTON
Jeffrey L. Light                                                     Principal Deputy Assistant Attorney General
D.C. Bar #485360
Law Office of Jeffrey L. Light                             MARCIA BERMAN
1629 K St., NW                                                    Assistant Branch Director

Suite 300
Washington, DC 20006
Jeffrey@LawOfficeOfJeffreyLight.com

*Counsel for Plaintiff*

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendant*